UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-cv-61942-WPD

CAESAR BACARELLA,

    Plaintiff,

v.

LILLY FINANCE, LILLIAN FINANCE,
LLC, LILLIAN BAY FOUNDATION, INC.
and BRAD BEATTY,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE A SURREPLY**

THIS CAUSE came before the Court on Plaintiff's Motion for Leave to File a Surreply, filed February 28, 2023. [DE 31]. The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Motion [DE 31] is **GRANTED**.

2.     Plaintiff is permitted to file a surreply on or before March 7, 2023.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of February, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record