UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 0:22-cv-61942-WPD

CEASAR BACARELLA,

    Plaintiff,

v.

LILLY FINANCE, LLC., LILLIAN FINANCE,
LLC., LILLIAN BAY FOUNDATION, INC.,
and BRAD BEATTY,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, CEASAR BACARELLA, by and through its undersigned counsel the hereby files this Notice of Voluntary Dismissal without Prejudice, with all parties bearing their own fees.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of May 2023, a true and correct copy of the foregoing was filed with the ECF Portal, which will send an automatic e-mail message to the parties registered with the ECF Portal.

*(SIGNATURE PAGE TO FOLLOW)*

CASE NO.: 0:22-cv-61942-WPD

COLE, SCOTT & KISSANE, P.A.
Counsel for Plaintiff *CAESAR BACARELLA*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6404
Facsimile (305) 373-2294
Primary e-mail: justin.maya@csklegal.com
Secondary e-mail: justin.levine@csklegal.com
Alternative e-mail: ieshia.owens@csklegal.com

By: /s/ Justin S. Maya
Justin S. Maya, Esq.
Florida Bar No.:126087

0694.0000