IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-61942-WPD

CEASAR BACARELLA,

    Plaintiff,

v.

LILLY FINANCE, LLC, LILLIAN FINANCE,
LLC, LILLIAN BAY FOUNDATION, INC.,
and BRAD BEATTY,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

    Plaintiff, CEASAR BACARELLA, and the Defendants, LILLY FINANCE, LLC, LILLIAN FINANCE, LLC., LILLIAN BAY FOUNDATION, INC., and BRAD BEATTY, hereby stipulate and agree that the above-styled matter is to be dismissed without prejudice while the parties finalize a long-form settlement agreement or until such effort is abandoned, at which point, the matter will be dismissed with prejudice, and with each party bearing its fees and costs. The court will retain jurisdiction to enforce the settlement agreement.

    DATED this 5th day of May, 2023.

| For the Plaintiff: | For the Defendants: |
|---|---|
| COLE, SCOTT & KISSANE, P.A. | GUNSTER, YOAKLEY & STEWART, P.A. |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 9150 South Dadeland Boulevard, Suite 1400 | 401 E. Jackson Street, Suite 1500 |
| Miami, FL 33156 | Tampa, FL 33602 |
| Tel: (305) 350-5300 | (813) 228-9080 |
| Justin.maya@csklegal.com | ddietrich@gunster.com |
| By: /s/ Justin S. Maya | By: /s/Daniel P. Dietrich |
| Justin S. Maya, Esq. | Daniel P. Dietrich, Esq. |
| Florida Bar No.: 126087 | Florida Bar No.: 934461 |